IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES SECURITIES &
EXCHANGE COMMISSION,

    Plaintiff,

VS.                                NO. 03mc027-Ma/V

DAVIS A. SWICK, TODD J. COHEN,
and TERRENCE J. O'DONNEL,

    Defendants.

## ORDER OF REFERENCE

Before the court is the October 9, 2003, motion filed by Vining Sparks IBG, LP, to quash and objections to subpoena in this matter.

The motion is hereby referred to the magistrate judge for a determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

It is so ORDERED this 15th day of October, 2003.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-16-03

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:03-MC-00027 was distributed by fax, mail, or direct printing on October 16, 2003 to the parties listed.

---

Frank L. Watson
BAKER DONELSON BEARMAN & CALDWELL
First Tennessee Bank
165 Masison Ave.
20th floor
Memphis, TN 38103

Stephanie Camille Reifers
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Frank L. Watson
BATEMAN GIBSON & CHILDERS
65 Union Ave.
1010 Cotton Exchange Bldg.
Memphis, TN 38103

Diane Vescovo
OFFICE OF MAGISTRATE JUDGE DIANE K. VESCOVO
167 N. Main St., Room 341
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT