IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, </br></br>    Plaintiff, </br></br>v. </br></br>DAVID A. SWICK, TODD J. COHEN, and TERRENCE J. O'DONNELL, </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )   No. 03-00027 </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER DISMISSING CASE**

On June 9, 2011, Vining Sparks IBG, LP was ordered to show cause why its action should not be dismissed within fourteen (14) days.  It has not responded.  Therefore, the case docketed by Vining Sparks IBG, LP in Case Number 03-00027 is hereby DISMISSED.

So ordered this 27th day of June, 2011.

                                          s/ Samuel H. Mays, Jr.
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE