UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.                                              No. 03-mc-0027-Ma

DAVID A. SWICK, TODD J. COHEN,
and TERRENCE J. O'DONNELL,

    Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order Dismissing Case, docketed June 27, 2011.

**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| June 29, 2011 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | S/ *Jean Lee* |
|  | (By) DEPUTY CLERK |